**GUIQIU GAO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 13–2309.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2014.

Decided: Aug. 26, 2014.

Stuart Altman, Law Office of Stuart Altman, New York, New York, for Petitioner. Stuart F. Delery, Assistant Attorney General, Anthony W. Norwood, Senior Litigation Counsel, Siu P. Wong, United States Department of Justice, Washington, D.C., for Respondent.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Guiqiu Gao, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reopen as untimely and numerically barred. We have reviewed the administrative record and the Board's order and find no abuse of discretion. *See* 8 C.F.R. § 1003.2(a) (2014). We accordingly deny the petition for review for the reasons stated by the Board. *See In re: Gao* (BIA Sept. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*